FILED
IN OPEN COURT

JUL 2 8 2009

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# United States District Court

EASTERN DISTRICT OF VIRGINIA

MARY E. HARKINS,

    Plaintiff,

v.

TERRI CONSOLMAGNO, et al.,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 1:08CV1344

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] **Decision of the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that judgment is hereby entered in favor of the Plaintiff, Mary E. Harkins, and against the Defendant, Ed Webb, in the aggregate amount of $36,728.40 ($36,400.00 in damages and $328.40 in costs) in accordance with the Order dated July 28, 2009.

ORDER attached.

July 28, 2009
Date

Fernando Galindo
Clerk of Court

*(signature)*
(By) Deputy Clerk