**AFFIDAVIT ACKNOWLEDGING ASSIGNMENT OF JUDGMENT**

RE:

Case Number 1:08cv1344
in the United States District Court for the Eastern District of Virginia
MARY E. HARKINS v. TERRI CONSOLMAGNO, et al.

FILED MAILROOM
OCT 20 2009
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Mary E. Harkins, Plaintiff in the above captioned matter, recites as follows in support of an assignment of judgment:

1) THAT judgment was awarded by United States District Court for the Eastern District of Virginia on or about July 28, 2009.
2) THAT Plaintiff Mary E. Harkins was awarded against Defendant Ed Webb the sum of $36,728.40.
3) THAT Plaintiff Mary E. Harkins has received $0.00 of said judgment from Defendant Ed Webb.
4) THAT Mary E. Harkins of 17541 Francis Farm Place, Hamilton, VA 20158 is the judgment creditor of record.
5) THAT Ed Webb is the judgment debtor of record.
6) THAT, upon information and belief, the current address of Ed Webb is 6 Michelle Lane, Jacksonville, Arkansas 72076.
7) THAT in exchange for valuable consideration, receipt and sufficiency of which are acknowledged, Mary E. Harkins conveyed all rights, title and ownership of said judgment to:

Trevor Reid d/b/a
FJR Judgment Recovery
PO Box 30925
Bethesda, MD 20824
Phone: (240) 499-8276

Signed on this 8 day of October, 2009.

_____
Mary E. Harkins, Judgment Creditor

**NOTARY**

On this 8 day of October, 2009, before me, a notary public in and for the state of VIRGINIA, personally appeared Mary E. Harkins, satisfactorily proven to me to be the person whose name is subscribed to this instrument and acknowledged to me that she executed the same for the purpose therein contained.

In witness whereof I hereunto set my hand and official seal.

_____
My Commission Expires: 4/30/2011