

October 14, 2009

Clerk of Court
United States District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

Re:     Mary Harkins v. Terri Consolmagno, et al.
Case No.:   1:08cv1344

Dear Sir or Madam,

Enclosed are two copies of a "Notice of Assigned Judgment" supported by an attached affidavit in the above referenced matter.

Please file one copy of the notice and the attached affidavit in the case file and return the second copy of the notice to me in the enclosed self addressed envelope after affixing your stamp or acknowledging receipt per your local custom.

Thank you.

Sincerely,

Trevor Reid